LELAND LAW CORP.
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
ALEXIS M. LELAND, CSBN: 223729
E-mail: tracey@disabilitylawfirm.com
     Attorneys for Plaintiff

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANGELA THORNTON-MILLARD, CSBN:
Office of Program Litigation, Division 7
Social Security Administration | Office of the General Counsel
     6401 Security Blvd.
     Baltimore, MD 21235
     Telephone:  (816) 936-5079
     Facsimile: (415) 744-0134
     Email:  Angela.Thornton-Millard@ssa.gov
     Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JORDAN JOSEPH ARECHIGA, <br>     Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting [1] Commissioner of Social Security, <br><br>     Defendant. | Case No. 5:23-cv-01829-PD <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on November 30, 2024, replacing Martin O'Malley who became the Commissioner of Social Security on December 20, 2023, replacing Kilolo Kijakazi. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | Based upon the parties' Stipulation for the Award and Payment of Equal
2 | Access to Justice Act Fees, IT IS ORDERED that fees in the amount of EIGHT
3 | THOUSAND DOLLARS [$8,000.00], as authorized by 28 U.S.C. § 2412(d), be
4 | awarded subject to the terms of the Stipulation.

Dated: December 20, 2024

*Patricia Donahue*
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE